# STATE OF KANSAS
# KANSAS HUMAN RIGHTS COMMISSION

KHRC Docket No. 43294-22

EEOC Dual-Filed Charge No.* 28D-2021-00006
*(Only for first filed KHRC, second filed EEOC complaints) 28D-2022-00006

On the complaint of

Wilfredo R. Carrasguillo

Complainant,

vs.

Respondent,

CoreCivic and its Representatives

I, Wilfredo R. Carrasguillo, whose address is 200 W. Armour Blvd., Apt. 28, Kansas City, MO 64111

charge CoreCivic and its Representatives, whose address is Attn: Assistant General Counsel, Labor and Employment, 5501 Virginia Way, Ste. 110, Brentwood, TN 37027

With an unlawful practice within the meaning of:

[X] The Kansas Act Against Discrimination (Chapter 44, Art. 10, K.S.A.) and specifically within the meaning of subsection (a)(1) (a)(4) of Section 44-1009 of said Act, because of my:

| | | |
|---|---|---|
| ( ) RACE | ( ) SEX | (X) RETALIATION |
| ( ) RELIGION | ( ) NATIONAL ORIGIN | ( ) GENETIC INFORMATION |
| (X) COLOR | (X) ANCESTRY | ( ) FAMILIAL STATUS |
| (X) DISABILITY, RECORD OF, AND/OR REGARDED AS DISABLED | | |

[X] The Kansas Age Discrimination in Employment Act (Chapter 44, Art. 11, K.S.A.) and specifically within the meaning of subsection (a)(1) (a)(5) of Section 44-1113 of said Act, because of my:
(X) AGE     (X) RETALIATION

Alleged Date of Incident, on or about June 9, 2021, to August 17, 2021

The aforesaid charges are based on the following facts:

I. I have a disability. My ancestry is Hispanic, and my color is light skin tone. My date of birth is November 25, 1971, and I am forty-nine (49) years old. I have openly opposed acts and practices forbidden by the Kansas Act Against Discrimination and the Kansas Age Discrimination in Employment Act.

II. I was employed by the Respondent from June 9, 2021, to August 17, 2021. I last held the position of Security Officer Custom Protection at the Respondent's location in Leavenworth, Kansas.

# STATE OF KANSAS
# KANSAS HUMAN RIGHTS COMMISSION

(continued)

KHRC Docket No. _____

EEOC Dual-Filed Charge No.* _____
*(Only for first filed KHRC, second filed EEOC complaints)

A. From June 9, 2021, to August 17, 2021, I was subjected to disparate treatment compared to similarly situated employees, in that I was treated less favorably. Furthermore, I was subjected to harassment, in that I was teased, called names, and my movements were blocked. Therefore, I complained to Respondent on multiple occasions.

B. On August 9, 2021, I was reprimanded.

C. On August 16, 2021, I received inadequate training, in that I was excluded from firearm training.

D. On August 17, 2021, I was terminated.

III. I hereby charge CoreCivic and its Representatives with a violation of the Kansas Act Against Discrimination, and the Kansas Age Discrimination in Employment Act, in that I was subjected to disparate terms, conditions, and privileges of employment, harassment, reprimanded, received inadequate training, and terminated, due to my disability, my ancestry, Hispanic, my color, light skin tone, my age, forty-nine (49), and as acts of retaliation for having openly opposed acts and practices forbidden by the Kansas Act Against Discrimination and the Kansas Age Discrimination in Employment Act.

I have not commenced any action, civil or criminal, based upon the grievance set forth above, except

*I declare under penalty of perjury that the foregoing is true and correct; and if this document is executed outside the state of Kansas, I declare under penalty of perjury under the laws of the state of Kansas that the foregoing is true and correct.*

Executed on _____  x _Wilfredo R. Campuzano_
             (Date)                                 (Signature of Complainant)