# DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 02/16/2023

**To:** Wilfredo R. Carrasguillo
200 W. Armour Blvd., Apt. 28
Kansas City, MO 64111

**Re:** Wilfredo R. Carrasguillo v. CORECIVIC
EEOC Charge Number: 28D-2022-00006

EEOC Representative and email:   Joseph J. Wilson
State, Local & Tribal Program Manager
Joseph.Wilson@EEOC.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:

Digitally Signed By: David Davis 2/16/2023
David Davis
Acting District Director

cc:   Kelly Z Atwood
Manager, EEO Compliance & Litigation
Support
CoreCivic
5501 Virginia Way, Suite 110
Brentwood, TN 37027